IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES YOUNG : 
 : 
v. : CIVIL NO. L-00-1950
 : 
AMERICAN BANKERS INSURANCE : 
GROUP, ET AL :

ORDER

Young, alleging that he is totally disabled due to mental illness, filed suit against American Bankers Insurance Group ("ABIG"), which issued him a disability insurance policy. Young contends that it is a violation of the American with Disabilities Act ("ADA") for ABIG to deny coverage based upon a mental illness. Young also named the Maryland Insurance Administration ("MIA") as a defendant, although his contentions against MIA are unclear.

Now before the Court are six motions filed by the three parties. For reasons stated below, the Court hereby ORDERS that:

(i) Young's Motion for Default Judgment (docket no. 20) is DENIED;

(ii) Young's Motion to Dismiss Defendants' Motions (docket no. 26) is DENIED;

(iii) ABIG's Motion for Summary Judgment (docket no. 16) is GRANTED;

(iv) MIA's Motion to Dismiss (docket no. 12) is GRANTED;

(v) MIA's Motion for a Protective Order (docket no. 29) is

DISMISSED AS MOOT;

(vi) ABIG's Second Motion for a Protective Order (docket no. 34) is DISMISSED AS MOOT.

(vii) the Clerk is DIRECTED to CLOSE the CASE.

ABIG's motion for summary judgment states that it denied Young's claim because his mental illness was (i) a pre-existing condition and (ii) a "mental disorder," both of which are conditions not covered under his policy. In neither his one-page complaint nor his memoranda to the Court has Young demonstrated how ABIG's denial of coverage was discriminatory.[1] Accordingly, ABIG's motion for summary judgment is GRANTED.

Similarly, Young has failed to state a claim against MIA upon which relief can be granted. Young's amended complaint added MIA as a defendant on the grounds that it reviewed the terms of the disability insurance and approved of discrimination against mental illness claims. As stated above, however, Young fails to allege discrimination on the basis of his mental illness. Accordingly, Young does not state a claim and MIA's motion to dismiss is GRANTED.

Defendants' motions for protective orders are DENIED as

---

[1] Instead, Young has filed incoherent requests, such as to "SENTENCE ALL INSURANCE EXECUTIVES AND THE LAWYERS TO TWENTY YEARAS [sic] AT HARD LABOR OR BETTER HAVE THEM SHOT BY FIRING SQUAD . . . [or] HAVE THEM ALL BLOWN UP BY A HYDROGEN BOMB AT ATOL IN PACIFIC." (Plaintiff's Motion requesting immedattte [sic] award, docket no. 15).

moot.

It is so ORDERED this 10th day of November, 2000.

                                                                  _____
                                                                  Benson Everett Legg
                                                                  United States District Judge